(November 4, 1982)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL KARMIN, Appellant. — Appeal from judgment, Supreme Court, Bronx County (Hecht, J.), rendered on October 10, 1980, unanimously dismissed by reason of the abatement of said appeal. (See 90 AD2d 477.) Concur — Murphy, P. J., Kupferman, Sandler, Markewich and Milonas, JJ.